**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-7071**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AARON LAMONT BARNES,

Defendant - Appellant.

─────────────

**No. 98-7222**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AARON LAMONT BARNES,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CR-94-80, CA-97-228-3)

─────────────

Submitted:  November 19, 1998        Decided:  December 3, 1998

─────────────

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Aaron Lamont Barnes, Appellant Pro Se. Nicholas Stephan Altimari, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron Lamont Barnes seeks to appeal from the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998), denying his motion for reconsideration, and denying his motion for a certificate of appealability. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Barnes' motion to remand for an evidentiary hearing, deny his motion for a certificate of appealability, and dismiss the appeals on the reasoning of the district court. <u>United States v. Barnes</u>, Nos. CR-94-80; CA-97-228-3 (E.D. Va. June 9, June 26, and July 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>